## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 16-cv-00299-MSK-KMT**

**SYLVESTER CUEVAS,**

    **Plaintiff,**

**v.**

**UNITED STATES OF AMERICA;**
**J. RODRIGUEZ, C/O (ADX);**
**MUNOZ, C/O (ADX);**
**LAZANO, C/O (ADX);**
**HEWITT, Case Manager (ADX);**
**MARSHALL, C/O (ADX);**
**PERKINS, C/O (ADX);**
**GOMEZ, C/O (ADX);**
**MCAVOY, C/O (ADX);**
**LEE, C/O (ADX);**
**MANES, C/O (ADX);**
**MANNESS, C/O (ADX);**
**WADAS, C/O (ADX);**
**HUMPHRIES, C/O (ADX);**
**ROBINSON, C/O (ADX);**
**BERG, C/O (ADX); and**
**PETERS, C/O (ADX);**

    **Defendants.**

## ENTRY OF APPEARANCE

    I, Julian G.G. Wolfson, of the LAW OFFICE OF JULIAN G.G. WOLFSON, LLC, hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Plaintiff Sylvester Cuevas.

    DATED this 12th day of April, 2018.

                                             */s/Julian G.G. Wolfson*
                                               Julian G.G. Wolfson
                                               LAW OFFICE OF JULIAN G.G. WOLFSON, LLC

1630 Welton Street #413<br>
Denver, CO 80202<br>
(720) 507-5133<br>
jwolfsonlaw@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2018, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Juan G. Villasenor
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0185
Fax: 303-454-0404
Email: juan.villasenor@usdoj.gov

                              */s/ Julian G.G. Wolfson*

2