# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00299-MSK-KMT

SYLVESTER CUEVAS,

      Plaintiff,

v.

UNITED STATES OF AMERICA,
C/O J. RODRIGUEZ,
C/O LOZANO,
CASE MANAGER HEWITT,
C/O MARSHALL,
C/O PERKINS,
C/O GOMEZ,
C/O MCAVEY,
C/O LEE,
C/O MANES,
C/O MANESS,
C/O WADAS,
C/O HUMPHRIES,
C/O ROBINSON,
C/O BERG,
C/O PETERS, and
C/O MUNOZ,

      Defendants.

## NOTICE OF APPEAL

Defendants Manes, Rodriguez, Munoz, Gomez, Humphries, Lozano, Perkins, and Peters hereby appeal to the United States Court of Appeals for the Tenth Circuit from the district court's Opinion and Order Granting in Part and Denying in Part Motion for Summary Judgment, Doc. 198, entered on March 19, 2018. *See Wilkie v. Robbins*, 551 U.S. 537, 549 n.4 (2007); *Mitchell v. Forsyth*, 472 U.S. 511, 528 (1985).

Respectfully submitted,

ROBERT C. TROYER
United States Attorney


s/Juan G. Villaseñor
JUAN G. VILLASEÑOR
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0185
Email: Juan.Villasenor@usdoj.gov

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 18, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

jwolfsonlaw@gmail.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by nonparticipant's name:

None.

s/Juan G. Villaseñor
JUAN G. VILLASEÑOR
Assistant United States Attorney