# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00299-MSK-KMT

SYLVESTER CUEVAS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
C/O J. RODRIGUEZ,
C/O LOZANO,
C/O PERKINS,
C/O GOMEZ,
C/O MANES,
C/O HUMPHRIES,
C/O PETERS, and
C/O MUNOZ,

    Defendants.

## UNOPPOSED MOTION TO EXTEND DEADLINE
## TO SUBMIT PROPOSED FINAL PRETRIAL ORDER
## DUE TO LAPSE IN APPROPRIATIONS

Defendants submit this unopposed motion for an extension of the deadline to submit the proposed Final Pretrial Order, to February 15, 2019. Defendants seek this extension on the following grounds:

1. In this case, Plaintiff brings claims under *Bivens v. Six Unknown Federal Narcotics Agents*, 304 U.S. 388 (1971), and under the Federal Tort Claims Act.

2. The deadline for submission of the proposed Final Pretrial Order is January 17, 2019. ECF No. 235. A Final Pretrial Conference is set for March 11, 2019. *Id.*

3. At the end of the day on December 21, 2018, the continuing appropriations resolution that had been funding the Department of Justice expired, and appropriations to the

Department lapsed. The same is true for most Executive Branch agencies. It is uncertain when funding will be restored.

4. Absent an appropriation, Department of Justice attorneys who are not in an "excepted" position are prohibited by law from working, even on a voluntary basis, except in very limited circumstances "including emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Most Assistant United States Attorney positions in the Civil Division are not deemed to be "excepted" positions. Accordingly, undersigned counsel has been placed on furlough status, which is "the placing of an employee in a temporary status without duties and pay because of lack of work or funds or other non-disciplinary reasons." 5 U.S.C. § 7511(a)(5).

5. Because of this funding lapse, and because undersigned counsel is not permitted to work and has been placed on furlough status, Defendants request that the deadline of January 17, 2019, for submission of the proposed Final Pretrial Order be extended to February 15, 2019. Defendants regret any disruption caused to the Court and to Plaintiff.

6. Undersigned counsel certifies under D.C.COLO.LCivR 7.1(a) that she conferred with counsel for Plaintiff, and counsel for Plaintiff stated that he does not oppose, and joins in, the requested relief.

7. Defendants certify, under D.C.COLO.LCivR 6.1(c), that a copy of this motion will be served on Plaintiff's counsel and upon agency counsel as a representative for Defendants.

8. Defendants certify under D.C.COLO.LCivR 6.1(b) that no prior motions for extensions of the deadline to submit the proposed Final Pretrial Order have been filed.

WHEREFORE, for the reasons set forth above, Defendants respectfully request that the Court issue an order extending the deadline for the parties to submit the proposed Final Pretrial Order to February 15, 2019.

Dated this 11th day of January 2019.

                JASON R. DUNN
                United States Attorney

                s/ *Susan Prose*
                Susan Prose
                Assistant United States Attorney
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                Fax:  (303) 454-0411
                Email: susan.prose@usdoj.gov

                Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

   I hereby certify that on January 11, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

Julian G.G. Wolfson, Esq.

   I further certify that on January 11, 2019, I sent a copy of the foregoing by email for dissemination to the individual defendants and a representative of the United States.

            s/ *Annette Dolce*
            Annette Dolce
            United States Attorney's Office